1046

[No. 39197-6-I. Division One. September 27, 1999.]
THE STATE OF WASHINGTON, *Respondent*, v. DALE
ROBERTSON MITCHELL, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-1-06547-0, Ronald Kessler, J. Pro Tem.,
entered September 24, 1998. *Affirmed* by unpublished
opinion per Baker, J., concurred in by Agid, A.C.J., and
Schindler, J. Pro Tem.

[No. 41844-1-I. Division One. September 27, 1999.]
STRAND HUNT CONSTRUCTION, INC., *Respondent*, v. KAPLAN
MCLAUGHLIN DIAZ, ET AL., *Appellants*.

KMD ARCHITECTS & PLANNERS, *Appellant*, v. GLUMAC &
ASSOCIATES, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Skagit
County, No. 96-2-00281-2, John M. Meyer, J., entered
November 13, 1997. *Dismissed* by unpublished opinion per
Appelwick, J., concurred in by Kennedy, C.J., and Ellington,
J.

[No. 42456-4-I. Division One. September 27, 1999.]
AHN-TU SY NGO, *Appellant*, v. HEARST CORPORATION, ET
AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 96-2-20107-2, Jeffrey M. Ramsdell, J., entered
March 11, 1998. *Affirmed* by unpublished opinion per
Becker, J., concurred in by Kennedy, C.J., and Appelwick, J.

[No. 42685-1-I. Division One. September 27, 1999.]
PAULINE ADAMS, *Individually and as Personal
Representative, Appellant*, v. THE SEATTLE POLICE
DEPARTMENT, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 96-2-30895-1, Richard D. Eadie, J., entered
April 14, 1998. *Affirmed* by unpublished opinion per Appel-
wick, J., concurred in by Kennedy, C.J., and Becker, J.